FILIBERTO OJEDA RÍOS, peticionario, *v.* TOMÁS MORALES, ALCAIDE DE LA CÁRCEL DE LA PRINCESA, DISTRITO DE SAN JUAN, demandado y apelado; WILLIBALDO OJEDA RÍOS, interventor y apelante.

*Número:* O-75-92      *Resuelto:* 3 de septiembre de 1975

*Luis F. Abreu Elías,* abogado del interventor y apelante; *Miriam Naveira de Rodón, Procuradora General, y Adolfo J. Vila, Procurador General Auxiliar,* abogados del apelado.

PER CURIAM: El peticionario instó en 1970 un recurso de hábeas corpus ante el Tribunal Superior, impugnando la determinación de causa probable para su arresto por los delitos de conspiración (33 L.P.R.A. secs. 161 y 162) e infracción a la Ley de Explosivos que se le imputaban. Se le fijó una fianza de doce mil dólares para garantizar su presencia en la vista correspondiente, la cual se prestó.

El peticionario no se personó ante el tribunal el día señalado para la vista. El tribunal de instancia confiscó sumariamente la fianza. Por resolución del 6 de diciembre de 1972 este Tribunal dejó sin efecto la resolución del Tribunal Superior, por haberse incumplido con las disposiciones de la Regla 227 de las de Procedimiento Criminal referentes a la notificación al fiador. Se devolvió el caso para la acción correctiva necesaria.

Conforme al mandato de este Tribunal, se citó al interventor (el fiador) debidamente para que presentase al peticionario el 25 de enero de 1973 ante el tribunal de instancia. El 19 de enero compareció el fiador personalmente y se le concedió hasta el 5 de marzo de 1973 para traer al peticionario ante el tribunal. En dicha fecha compareció el fiador ante el Tribunal Superior nuevamente sin el peticionario. El tribunal ordenó de plano la confiscación de la fianza. De esta resolución se apela ante nos, alegándose sustancialmente que no se oyó al interventor.

El Tribunal Superior le dio adecuado cumplimiento a la Regla 227. Se citó debidamente al fiador. Ni en ocasión del primer señalamiento ni en la ampliación concedida se trajo al acusado a la presencia del tribunal. Dentro de los cuarenta días que dispone la Regla 227 como condición para que la sentencia sumaria que se dicte se convierta en firme y ejecutoria, tampoco se llevó al acusado a la presencia del

tribunal. Aun antes de transcurrir seis meses de haberse registrado la sentencia u orden de confiscación, el interventor podía exponer sus razones ante el Tribunal Superior para que se dejase sin efecto la confiscación, lo cual tampoco hizo, prefiriendo acudir a este foro.

Ante este foro, sin embargo, las razones que se aducen para invalidar la orden son confusas y sin sostén en un récord adecuado. Todavía no se explica si puede presentarse al acusado. Aparentemente el argumento del fiador es que, al trasladarse la causa principal a otra sala del Tribunal Superior, la sala original perdió jurisdicción para confiscar la fianza. No constan en autos las circunstancias o condiciones del traslado, pero aun asumiendo la corrección de los hechos, resolvemos que el interventor se sometió a la competencia de la sala sentenciadora al no traer este planteamiento a su consideración antes o, en caso de no haber tenido justificadamente ocasión de hacerlo antes o durante la vista, después de la orden de confiscación de la fianza.

Hemos examinado cuidadosamente los restantes planteamientos del peticionario y los hallamos inmeritorios.